IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**EDWARD REED**                                                                                          **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 5:14-CV-00004-DCB-MTP**

**DR. HAROLD WAYNE BARNETT, ET AL.**                                              **DEFENDANTS**

### ORDER DISMISSING PLAINTIFF'S CLAIM FOR MANDAMUS RELIEF

THIS MATTER is before the Court on the Plaintiff's Motion to Dismiss his claim for Mandamus Relief.

The Plaintiff in this case, among other things, sought Mandamus Relief compelling the Defendants to place him in a Principal's position for the 2013-2014 school year. The 2013-2014 school year having now ended, Plaintiff may be granted no meaningful relief in terms of Mandamus. The issue of Mandamus is for that reason moot.

The Court therefore dismisses Plaintiff's claim for Mandamus Relief. The remaining claims shall remain live and in litigation before this Court.

SO ORDERED this the 14th day of July, 2014.

                                                  s/David Bramlette
                                                  HONORABLE DAVID C. BRAMLETTE, III
                                                  UNITED STATES DISTRICT JUDGE